UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
**F I L E D**
APR 1 9 2019
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                              INFORMATION NO. 0:19-cr-2-DLB
                                29 U.S.C. § 207(a)

MICHAEL ANTHONY WHEELER

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

On or about December 18, 2014, the exact date unknown, and continuing through on or about October 30, 2017, in Boyd County, in the Eastern District of Kentucky, and elsewhere,

**MICHAEL ANTHONY WHEELER**

knowingly and willfully employed workers who were engaged in commerce and in the production of goods for commerce, and in an enterprise engaged in commerce and the production of goods for commerce, and paid such workers compensation for their employment in excess of forty-hours a work week at a rate less than one and one-half times the regular rate at which such workers were employed, as required to be paid under 29 U.S.C. § 207(a), all in violation of 29 U.S.C. §§ 207(a), 215(a)(2), and 216(a).

*[signature]*
ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

First Offense: Not more than a $10,000 fine.

Second Offense: Not more than 6 months imprisonment, not more than a $10,000 fine, or both, and supervised release of not more than 1 year.

**PLUS:** Restitution.

**PLUS:** Mandatory special assessment of $25 per misdemeanor count.